**No. 45230.**—Protests 845935–G, etc., of W. X. Huber Co. et al. (Los Angeles).

Opinion by DALLINGER, J. In accordance with stipulation of counsel sugar and creamer sets, salt and pepper shakers, trays, bonbon dishes, bonbon trays, candy jars, bowls, vases, candlesticks, cake dishes, center pieces, photo frames, relish dishes, boxes, bread plates, cake trays, and salad bowls, not plated, and similar to those the subject of Abstracts 39482 and 43050 were held dutiable at 40 percent under paragraph 339 as claimed.

**No. 45231.**—Protests 845932–G, etc., of American Import Co. (Los Angeles).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of trays the same as those the subject of Abstract 39482. The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 45232.**—Protest 3693–K of New York Merchandise Co., Inc. (Los Angeles).

Opinion by DALLINGER, J. On the agreed facts the merchandise in question was held dutiable at 45 percent under paragraph 397; Abstract 43785 followed.